UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ISZAYAH ROWSON and
MICHAEL GANT,

                          Defendants.

22-CR-310 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has been notified that a superseding Indictment was yesterday returned in this case, which adds a defendant (Michael Gant) and numerous counts (including a racketeering conspiracy count and multiple counts alleging individual acts of violence) to the existing one-count Indictment against defendant Iszayah Rowson, based on a claim of a violation by Mr. Rowson of 18 U.S.C. § 922(n). By this order, the Court is scheduling two conferences.

    First, the Court will hold a conference on **January 31, 2023**, at **1:00 p.m.**, with defendant Rowson. The principal purpose of this conference will be for the Court to take up, with counsel for the Government and defendant Rowson, the upcoming trial of defendant Rowson on the existing charge of violating § 922(n). That trial is scheduled to commence February 21, 2023, and the Court notified counsel, at the October 25, 2022 pretrial conference, that its intention was to maintain that trial date for the § 922(n) count notwithstanding the superseding Indictment anticipated by the Government. Pending the conference, counsel should treat the existing trial date as firm, prepare accordingly, and be prepared to discuss prompt dates for the filing of motions *in limine* and the submission of proposed voir dire and requests to charge. At the conference, the Court will, however, afford counsel an opportunity, with a concrete superseding

1

Indictment now having been returned, to make anew an application for an adjournment of the trial date. At this conference, the Court will also arraign Rowson on the superseding Indictment.

Second, the Court will hold a conference on **February 16, 2022** at **2:45 p.m.** with both defendants. This conference will serve as an initial conference on the superseding Indictment. At this conference, the Court will also arraign defendant Gant on the superseding Indictment. In the event that the February 21 trial of defendant Rowson on the § 922(n) charge is not adjourned, this conference will also serve as a final pretrial conference on that charge.

Both conferences will be held in **Courtroom 1305** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

The Court, by separate order, has issued a writ directing the prompt production of Mr. Gant to the Metropolitan Detention Center. The Court directs the Government, promptly upon Mr. Gant's production, to arrange for his presentment, and the appointment of counsel, in Magistrate's Court.

SO ORDERED.

                                                             *Paul A. Engelmayer*
                                                             PAUL A. ENGELMAYER
                                                             United States District Judge

Dated: January 27, 2023
          New York, New York