UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MICHAEL GANT,

Defendant.

22-CR-310-02 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Court has received a letter from counsel for defendant Michael Gant representing that Mr. Gant has been receiving only five (5) hours per week access to discovery materials in this case, which involves voluminous discovery and which is set for trial beginning October 30, 2023. *See* Dkt. 66. That is manifestly inadequate. The Court directs the Justice Department, of which the Bureau of Prisons ("BOP") is a component, forthwith to provide Mr. Gant with at least twenty (20) hours per week of discovery access. The Court expects that the Government will take prompt action to assure the BOP's compliance with this order.

    The Court further orders the BOP to keep a log of the time each day that Mr. Gant utilizes reviewing discovery. The Court is mindful that defense counsel have requested that forty (40) hours per week be set aside for Mr. Gant's discovery review. In the event that Mr. Gant uses the full twenty (20) hours per week allocated for discovery review and that counsel represent that such is proving insufficient for the needs of the defense, the Court will be open to considering an application from the defense for an order further increasing the time available to Mr. Gant for discovery review.

The Court directs the Government, within two weeks of this order, to submit a letter confirming the BOP's compliance.

The Clerk of Court is requested to terminate the motion at Dkt. No. 66.

SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: April 14, 2023
       New York, New York