UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                              22-CR-310 (PAE)

ISZAYAH ROWSON, and,                         SCHEDULING ORDER
MICHAEL GANT,

                    Defendants.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The next conference in this case is scheduled for **August 8, 2023** at **2:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Any motions to suppress, or motions based on *Bruton v. United States*, 391 U.S. 123 (1968), are due on **August 28, 2023**. Oppositions to any such motions are due **September 11, 2023**.

SO ORDERED.

Dated: June 26, 2023
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge