UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                -v-                                               :      22-CR-310 (PAE)
                                                                  :
ISZAYAH ROWSON, and                                               :      SCHEDULING ORDER
MICHAEL GANT,                                                     :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, it is hereby ORDERED that the next conference in this matter is scheduled for **September 5, 2023, at 2:00 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 8, 2023
       New York, New York