

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2023

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Rowson & Gant*, S1 22-310 (PAE)

Dear Judge Engelmayer:

    The Government respectfully submits this letter to request a brief adjournment of the deadline by which the Government must file its enterprise letter in this case. As the Court is aware, the parties have been engaged in discussions regarding a pretrial disposition. The Court has scheduled change-of-plea hearings in this case for September 5, 2023. Accordingly, the Government is seeking an adjournment to September 12, 2023, to file its enterprise letter.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

        by:   /s/
            Ni Qian/Elizabeth Espinosa/James Ligtenberg
            Assistant United States Attorneys
            (212) 637-2364

    **GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 86

                                          8/24/2023
            SO ORDERED.

                PAUL A. ENGELMAYER
                United States District Judge