# EXHIBIT A

CARLA SANDERSON

ATTORNEY   NY, NJ, SDNY, EDNY

260 MADISON AVENUE          T 646.499.3818
NEW YORK, NEW YORK 10016    F 646.499.3814
carla@carlasandersonlaw.com   carlasandersonlaw.com

February 9, 2024

USPO Simone Belgrave
United States District Court
Southern District of New York

Re: *United States v. Michael Gant*

Dear Officer Belgrave,

Please accept this letter containing Michael Gant's objections to the PSR.

**Paragraphs 44-89:**    Mr. Gant objects to the guidelines calculation insofar as it applies the first degree murder guideline, requiring specific intent to murder, for each victim of the June 20, 2020 shooting. Mr. Gant did not act with the specific intent to murder all four of the victims. Mr. Gant also objects that all four of the victims suffered serious bodily injury.

We submit that the correct guidelines for the June 20, 2020 shooting for Groups 2, 3 and 4 is the aggravated assault guideline base offense level of 19.

We submit that 3 points should be added for Groups 2, 3, 4 for bodily injury.

Group 1- 35
Group 2- 22 (19 agg. assault +5 for firearm discharge + 3 for bodily injury)
Group 3- 22 (19 agg. assault +5 for firearm discharge + 3 for bodily injury)
Group 4-22  (19 agg. assault +5 for firearm discharge + 3 for bodily injury)

**Paragraph 89:**    The total offense level should be 34.

**Paragraph 100:**    Please change Michael Grant to Michael Gant.

1

**Paragraph 104:**     Please change Nevis to Negus. Additionally, Michael lived with Negus, Negus did not reside with Michael's family.

**Paragraph 109:**     Michael Gant intends to live with his father upon his release and not his mother.


Respectfully submitted,

/s/

Carla Sanderson
Lauren Di Chiara

2

**EXHIBIT B**

**REDACTED**

**EXHIBIT C**

your honor 1st and formost I went to apologize to the familys I caused trama to. I know what I did was wrong and I apologize. Im taking full responsiblity for my actions, I made many bad choices. If I could go back in the past and change what I did I would. The actions I commited aren't the expectations that my mom set for me and my siblings. The person standing in front of you is not the same person I was 25 months ago. I found religion im even praying everyday. I got rid of AP I am michael gant and I am not part of that life style anymore. I left the past in the past and started over. becoming more positive more smarter and more loving. being incarcerated really open my eye's defiently a lesson I learned from. I even got rid of the enviorment I was in for a better future. being in MDC im pose to be treated for medication and mental health in a proper way, but I'm not so I help myself in the best way I can. my goal is to get my G.E.D do 5 years in college get a good job work on a LLc stay out of trouble donate to people who need espeically for the kids, And start a stop the violence movement Also being there for my family. I need to be there for the people I let down even myself it won't ever happen again. being in MDC is the worst I have a hernin thats pose to been checked out months ago they Never came and treated me. even with my tiolet I had to use a bag and hot water just so it can flush for 2 mouthfc striasht. Then we always on lockdown if not than modified in these broken cells Locker falling apart family

worried about me because they not hearing from me. No cleaning supplies food always cold c.o's lying on inmates its no good here in MDC your honor. I even wrote cop outs to lt's captains and the warding with no reply, so I just tell my lawyers, but I advised those thing now because its part of my punishment and I blame nobody but myself. your honor I understand that you would have the last decision, when Im free I would be on supervised released and it would be completed successfully even the programs and I promise you would never ever see me agin in this courtroom again. my dad is 59 my mom is 42 im crying while writing this because I don't want them to die while im here. I wanna be there for them they already need my help. what Im asking from you your honor is to trust in me please Trust in me I wont let you down not 1 bit. I love helping people it makes me feel good and the blessing always comes back even more. Your honor I learned my lesson Im so sorry for being here it won't ever happen again

Michael arty

**EXHIBIT D**

February 1, 2024

**<u>VIA EMAIL:</u>**
Judge Engelmeyer

Re:    Michael Gant Character Letter

Dear Judge Engelmayer,

I am writing this letter on behalf of my nephew Michael Gant. I've spent most of my career in private security and nightlife, and was able to take those earnings to invest in real estate and small businesses. I pride myself as a man whose biggest investment is his family. It pains me to have to write this letter because I'm so saddened, frustrated, and disappointed in the predicament Mikey finds himself in.

Mikey was always a good-hearted, trustworthy kid, who loved his family and never hesitated to help anyone. When Mikey was no older than 10 years old, he rallied the children in the family to shovel the driveways of the elderly people in the neighborhood where a good portion of our family lives. Not for pay, but just out of the goodness of his heart. Of all the kids he was the "favorite cousin" who always played mediator amongst the children. He wanted everyone to get along and wanted everyone to be happy. Knowing that THIS is who Mikey is in his heart of hearts, I can't help, but to believe we failed him.

My older sister is Mikey's mother and we did not have the best upbringing. Our father was absent in the home and our mother was extremely physically, mentally, and emotionally abusive, so in many ways we raised ourselves. My sister found herself in a juvenile detention center, and eventually group homes during her teen years. She was not emotionally or intellectually prepared to start having children, and within 5 years, she had 3.

Mikey also lacked guidance growing up. His father and my sister did not have the tools to raise a young man. My sister did her best, but she ended up in sex work to make ends meet. Mikey was teased and bullied relentlessly in his school and neighborhood because of it and it was a huge distraction. I watched it build up a lot of anger within him, and Mikey struggled developmentally, socially, and academically. In the 6th grade, when the bullying reached its peak, I noticed that Mikey began acting out, exhibiting bad behavior and seeking the approval of the same children who violently bullied him. I knew I had to intercede, and decided to take him into my home so that I could raise him in a way that my sister couldn't. I worked with Mikey to build work and study habits and hired a tutor. I worked hard to impose the discipline and structure that was lacking in his life and signed him up for boxing classes to reinforce that discipline and build his confidence. I communicated with his teachers to ensure that the principles I was pushing at home were being enforced at school, and over the next year, we saw

tremendous improvements in Mikey's schoolwork, demeanor, and overall behavior. Just over a year into Mikey being in my care, I was offered a lucrative job opportunity doing private security for a professional athlete. The job was in California, and was a live-in position. I struggled with the decision, but ultimately took the position and was forced to send him back to his mother. I regret that decision to this day because in 2020, I ended up taking in Mikey's younger sister until she graduated high school and she is now in her second year at a SUNY college. I wish I could have provided the same path for Mikey.

While I was working in California, I had invested in a bar and lounge in New York. When I returned to New York at the end of my private security contract, I began running that business on the ground. I wanted very much to take Mikey back, but my lounge took me away from home 12-14 hours a day, specifically at night, and despite my best efforts, I knew I wouldn't be able to be present at the times and in the ways that Mikey needed me to be. Even then, as I struggled to get my business off the ground, Mikey's loyalty and giving character was shown as he would travel to Brooklyn from the Bronx and gave up his weekends to help while washing dishes and cleaning up at the lounge. Not for pay, but just to help me because that's who he is. He would even scold his other cousins and older brother for not coming and helping as consistently as he would. I worried about the negative changes I saw in Mikey at that point, but I thought he would find his way as long as I could anchor him with family, hard work and stability. But when the pandemic occurred, Mikey spent less time with his family in Brooklyn, and more time with his "friends" in the Bronx.

I know the charges paint a picture of a hardened criminal, but Mikey is not that. He's a loving young man, who still checks on his little sister every week and asks about my children, his baby cousins, every time we speak. He is a hard-working, resourceful young man, who has aspirations of mentoring and community building. That is his true character and I hope my words help you see that. He has me and my uncles, who all own businesses and property, ready, willing, and able to put our all into giving Mikey the inspiration and the tools to build a future as a solid citizen in our society. I simply ask that you show leniency towards Mikey and give us that chance.
.


Respectfully submitted,

*Negus H. Martin*

Negus Martin

April 2, 2024

Dear Judge Engelmayer,

I am writing this letter on behalf of Michael Gant. My name is also Michael Gant. I am his father. I am 59 years old. I am a Religious man and a Business owner.

I would like to start off by saying my son is an Amazing Kid that just got delt a bad hand. Hes very smart, he has a great sense of humor and a truly kind spirit.

I met his mother at a shelter During a Dark time in my life and for me it was love at first sight. I was happy but when Michael came I experienced a joy that I have never felt before, A wholeness And the feeling of being complete spiritually. Unfortunatly at the time I wasnt complete Finacially.

I wasnt A business owner at the time And had to Do many hustles And odd jobs to make ends meet. Unfortunately some of those jobs took me away from him for extended periods of Time.  which caused A strain on the Relationship between me and his mother, ultimately leading to our seperation. The breakup was extreamly hard on Michael and between his mothers life circumstances and mine there was too much idle unsupervised time for him. And he gravitated to the group of people whom he considered his friends. – by the time I relized this it was too late And he was Already in trouble.

Prior to And Dispite of the current actions that he is being charged for, Michael is one of the sweetest kids and anyone who spends more than 5 min. with him can see it. Hes Always had a good heart. I Remember when ever I would take him to the playground or carnival (which was often) he would Always make friends and would share whatever he had. And he would never let anyone get picked on Around him. Either he would stick up for them and/or come get me to handle it.

There was a time when me and him, just the two of us had to go into a shelter. I saw so Down hearted About our situation but Michael was so optimistic and would check me up with his spirit. Again making Friends he became cool with the staff and started voluntering. Which I didnt mind because he was learning, being helpful and it was Keeping him productivly ocuppied. I was so proud of him.

Michael is a great boxer and athlete. I signed him up for the gym where he was taking Boxing lessons 3 times aweek. He was really good. Im not just saying this because hes my kid. but because He was truly good. I'm a non violet person but he was so focused in the gym and truly had a passion for the sport. That I supported him whole heartedly.

Michael has other siblings thats hes close with. Who adore him greatly and is devastated by what has transpired.

Michael is so young and has altered the course of his life in such a short period of time I am Desperatly asking the courts your Honor to have leniency on him. And give him a true

1

opportunity to be a productive member of society. I fear that an extended sentence will only harden him and prevent positive Effective change.

I know Michael regrets his actions. As Do I my actions of not being as attentive as a father and allowing things to get as Far as they did. But my circumstances have changed As I stated before I am a business owner and Employer. I have A stable home And more time than Ever to mentor and mold him into a great Man. I just need a second chance.

This situation has been a huge eye opener. All of his sibling are now on the straight and Narrow and all are in college.

Michael has much to look forward to whenever he comes home. I just pray that its sooner than later.

I know Michael has learned his lesson and is truly sorry for his actions. I know he understands the severity of his Actions As Do I.

Please Your Honor I Beg of you to have Leniency and give us all a second Chance.

Sincerely,

Michael Gant, Sr.

2

Dear: Honorable Judge Paul A. Engelmayer

My name is Nagasta Martin.

I am writing you this letter on behalf of my son Michael Gantz

I dont want to diminish the severity of the crimes my son committed.

I just want to give you a understanding of who Michael is as a person.

Michael was raised by both of his parents in a loving home.

He was a loving and caring child who excelled in school. He was very well behaved.

His passion was boxing! I always thought he would become a professional boxer.

He has two siblings. A brother and Sister. Cherish and Anthony.

I began dating Michael's dad when I was 19 years old. We had three children together.

I was a stay-at-home Mom. Life was good.

After 12 years we decided to separate. It was then that I noticed a change in Michael's behavior.

Michael was the closest to his father and when we separated it affected him the most.

He started hanging out with the wrong people and became withdrawn.

Michael's father was the breadwinner in the family. He paid the bills, and I took care of the kids.

When we separated, I was left alone with three children to support and no source of income.

It was hard to find a good job with just a high school diploma.

So, I started working in the adult entertainment industry. It paid well but required me to work late nights.

I had to rely on friends and family to look after my children. I worked all night and slept all day.

I was hardly there for my children, but I needed the money.

Michael began to resent me. He became distant and no longer showed an interest in boxing.

He was having a hard time adjusting to our new life. One that didn't include his dad.

Once COVID hit things took a turn for the worse.

New York City shut down. I had no way of making money to pay my bills and support my children.

It was then that I made the decision to leave my children in New York with my family and move to

Atlanta to work.  I called them often to check up on them, but Michael wouldn't take my calls.

I didn't have any knowledge that Michael was getting into trouble.

One day I got a call saying he was arrested for possession of a weapon.

I was shocked and overcome with guilt. I have never known Michael to have access to a gun.

Michael had never been arrested before. This was his first time being charged with a crime.

I feel like I failed my children, especially Michael.

I wasn't there for him when he needed me the most.

If I had been maybe Michael wouldn't have gotten caught up with the wrong people.

Maybe he wouldn't have made decisions that have forever changed the course of his life.

I believe if you do something wrong you have to take responsibility for your actions.

I also believe that people can change. Everyone deserves a second chance.

It hurts to know my son is locked away. I pray that he doesn't get sentenced to the maximum.

He is still young.  I believe he is capable of change and of becoming a productive member of society.

Everyone in my family misses him dearly.

I pray that you show mercy when sentencing Michael.


Thank you for your time and consideration.


Respectfully,


Nagasta Martin

I am writing to you in regards to Michael Gant who will be appearing before your court for sentencing.

I have known Michael his entire life. He was always a good kid! Respectful of his elders and peers.

He was always willing to lend a hand to anyone in need. I used to take him with me to church every Sunday.

He sang in the Choir and attended Sunday school. As Michael got older he took an interest in boxing and really excelled at it.

I was sure he would be the next Mike Tyson! Once Michael got in his late teens I started noticing he was hanging out with the wrong people and smoking marijuana.

He was still kind and respectful but I could see a change in him.

I don't know all the details surrounding the charges he's facing but I do know that he's made some grave mistakes and is remorseful. Micheal is a good kid with a good heart. I know this may be hard to believe considering the circumstances.

I believe that if given the chance Michael can still reach his full potential and become a productive member of society.

I understand he broke the law and must be held accountable for his actions. I also believe in second chances.

The future of this young man is in your hands!

I hope you consider my letter when sentencing Michael Gant.

Thank you for you time and consideration!

Sincerely,

Latasha Best

February 16, 2024,

Dear Honorable Judge, Engelmayer,

I am writing this letter on the behalf of my cousin Michael Gant. My name is Ms. Jolene Stewart I work for NYC Transit Authority as an Administrative Assistant, for a Construction Manager in the Construction & Development Department. I'm also a mother of 2 daughters whose ages are 21 & 17. Michael is my younger cousin.

I have known Michael all his life. Watching him grow from a child to a young man has been very aspiring. As a child Michael has always been very helpful, positive, & attentive.  Michael and my eldest daughter were very close as children. They enjoyed playing video games together. Often Michale and his younger sister would spend time at my house, and we would have plenty of family outings & go on family trips. Michael has proven to be responsible for his younger sister and younger cousins. In which I've always admired. My fondest memory is him teaching all of them how to swim during a family trip to NC. Michael was very patient & gentle in showing them the techniques on how to swim.

Michael has always demonstrated kindness and love in my eyes. Michael is very missed in my & my daughter's life's.  It's unfortunate that Michael is in this situation. However, it is obvious to me that Michael is very much capable of being responsible and a upstanding young man as he done in the past.


Sincerely

Jolene L. Stewart

**Exhibit E**

**REDACTED**

**Exhibit F**

# Certificate of Completion

## Michael Gant

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

### Reg. No. 42373-510

*has satisfactorily complete*

## The Con Game

*and is hereby awarded this certificate,*
*day on January 19, 2024*

Dr. Alcide
Staff Psychologist

# MDC Brooklyn
# Recreation Department

*This is to Certify that*

## Michael Gant

*Has Successfully Completed*

## Recreation and Leisure Sentry Class

*At MDC Brooklyn*

*This certificate is hereby issued this 27th day of May 2023*

### R. Simon

*Recreation Specialist*



# Certificate of Completion

**Michael Gant**

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

**Reg. No. 42373-510**

*has satisfactorily complete*

## Basic Cognitive Skills

*and is hereby awarded this certificate,*
*day on January 19, 2024*

Dr. Alcide
Staff Psychologist

# Michael Gant

## Metropolitan Detention Center, Brooklyn
## Brooklyn, New York

### Reg. No. 42373-510
*has satisfactorily complete*

### Life Management
*and is hereby awarded this certificate,*
*day on September 18, 2023*

Dr. Alcide
Staff Psychologist



# Michael Gant

## Metropolitan Detention Center, Brooklyn
## Brooklyn, New York

### Reg. No. 42373-510
*has satisfactorily complete*

### Moving Forward
*and is hereby awarded this certificate,*
*day on September 18, 2023*

Dr. Alcide
Staff Psychologist

This certifies that

# Michael Gant

## Completed the following class:

## My Healthy Relationships



11/16/2023       **MDC Brooklyn**       T, Alcide Psy. D, Clinical Psychologist

This certifies that

# Michael Gant

## Completed the following class:

## My Individual Change Plan



10/27/2023                     **MDC Brooklyn**          T, Alcide Psy. D, Clinical Psychologist

**Exhibit G**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

BP-A324.052
OCT 98

## WORK PERFORMANCE RATING - INMATE

| | | Unit |
|---|---|---|
| | Register No. | G |
| Inmate's Name | **42373-510** | |
| **GANT, MICHAEL** | | |
| Evaluation Period | Work Assignment | |
| 11/12/23 - CURRENT | UNIT ORDERLY | |

Bonus Justification

INMATE WORKS HARD AT WHATEVER TASK HE IS ASSIGNED TO.  HE ASSISTS THE OTHER ORDERLIES WITH THE DAILY TASKS. HE MAINTAINS A POSITIVE ATTITUDE AND HAS NOT RECEIVED AN INCIDENT REPORT IN A SIGNIFICANT AMOUNT OF TIME. HE FOLLOWS THE RULES AN REGULATION AND MAKES THE OFFICERS JOB EASIER.

Signature and Date of Dept. Head Approval      01/19/24

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
____ 1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
____ 2. Fair. Careless; makes mistakes and does not check work. Should do better work.
____ 3. Satisfactory. Makes some mistakes but no more than expected at this level.
____ 4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
✓ 5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
____ 1. Unsatisfactory. Lazy, wastes time, goofs off.
____ 2. Fair. Does just enough to get by. Has to be prodded occasionally.
____ 3. Satisfactory. Works steadily but does not push self.
____ 4. Good. Willing Worker. Does a full day's work and wastes little time.
✓ 5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
____ 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
____ 2. Fair. Usually relies on others to say what needs to be done.
____ 3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
____ 4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
✓ 5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
____ 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
____ 2. Fair. Shows minimal interest but not very eager to learn.
____ 3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
____ 4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
✓ 5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
____ 1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
____ 2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
____ 3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
____ 4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
✓ 5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
____ 1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
____ 2. Needs closer supervision than most. Not very dependable.
____ 3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
____ 4. Needs little supervision. Good record of dependability an promptness.
✓ 5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

G. RESPONSE TO SUPERVISION AND INSTRUCTION
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. ABILITY TO WORK WITH OTHERS
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
_✓_5. Outstanding. Gets along well with everyone. Very popular.

I. OVERALL JOB PROFICIENCY
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
_✓_5. Promote the person to a more demanding job at a higher pay rate?

J. GRADES AND PAY
1. Performance Pay - Grade Class (Check one) ✓ 1 ___ 2 ___ 3 ___ 4 ___ M.

2. Hours of Satisfactory work _____ .

3. Regular Pay _____ .

4. Bonus Recommended: ___ yes; ___ no

5. Total Pay _____ . _____

| Supervisor's Signature *[signature]* | Date 01/19/24 |
| Inmate's Signature *[signature]* | Date 01/19/24 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 4**