UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

MICHAEL GANT,

Defendant.

22-CR-310-02 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received defense counsel's letter asking the Court to amend the judgment issued in this case on April 18, 2024, to direct that Mr. Gant's sentence in this case run concurrently with his sentence – as yet not imposed – in a pending New York State case. Dkt. 118. The Court directs the Government to respond by letter. The Government's response is due Tuesday, May 7, 2024.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: May 2, 2024
New York, New York